**Exhibit A - Unethical E-mail from Sheri Bluebond to Sandy Frey - Insider Dealing**

---------- Forwarded message ----------
From: Sandy Frey <sfrey@cmkllp.com>
Date: Mar 24, 2016 at 5:15 PM
Subject: FW: personal
To: Fred Adelman <fadelman@milsteinadelman.com> , Kristen Whitney <kwhitney247@gmail.com>

Response below.  Read and delete.  I already responded not bankruptcy related.

**Sandford L. Frey**
Attorney at Law
Creim Macias Koenig & Frey LLP
633 W. Fifth Street
48th Floor
Los Angeles, CA  90071
(213) 699-4987 Direct Dial No.
(213) 614-1961 Fax No.
(310) 995-7500 Cell No.
email address: sfrey@cmkllp.com

*Executive Board of North American Sommelier Assoc. (Counselor/Legal advisor);*
*Certified Sommelier (WSA/NASA);*
*Vinomatica.com (Vice President/Legal advisor);*
*Certified Specialist of Italian Wine (AIS/NASA);*
*Certified Specialist of American Wine (NASA);*
*Certified Specialist of Wine (CSW) - Society of Wine Educators*
*Certification Wine Education and Management (UCLA)*
*Master of Sangiovese (NASA)*
*(Frequent speaker-wines of Piemonte and Burgundy, UCLA Extension)*

**From:**
**Sent:** Thursday, March 24, 2016 5:04 PM
**To:** Sandy Frey <sfrey@cmkllp.com>
**Subject:** Re: personal

We are all great. Thanks for asking. We are on a spring break trip to the great Wolf Lodge in Garden Grove near Disneyland. It's got an indoor waterpark. It's actually really amazing for kids. We love to get together with you soon too. I'm not with my calendar but let's exchange some dates soon.

I don't think I know who Vogel is, but, bankruptcy related appeal, let me know and I'll think up somebody.

Good luck.

Sheri_Bluebond@cacb.uscourts.g ov

On Mar 24, 2016, at 4:27 PM, Sandy Frey <sfrey@cmkllp.com> wrote:
Hi Sheri:

How are Br███ Gw███ and Ge█████?  How are you?  Sharon and I miss you.  We need to a get together soon !!  Let's get it arranged.

Can I pick your brain?  Do you know a top appellate lawyer who can handle a complicated civil appeal, large record, for a chapter 11 client of mine?  $100K retainer available.  Also, do you know Miriam Vogel?  It appears she's at Mofo now.

Thank you,

Love and warm regards, Sandy

**Sandford L. Frey**
Attorney at Law
Creim Macias Koenig & Frey LLP
633 W. Fifth Street
48th Floor
Los Angeles, CA  90071
(213) 699-4987 Direct Dial No.
(213) 614-1961 Fax No.
(310) 995-7500 Cell No.
email address: sfrey@cmkllp.com

*Counselor, Executive Board of North American Sommelier Assoc.*
*Certified Sommelier (WSA/NASA);*
*Certified Specialist of Italian Wine (AIS/NASA);*
*Certified Specialist of American Wine (NASA);*
*Certified Specialist of Wine (CSW) - Society of Wine Educators*
*Certification Wine Education and Management (UCLA)*
*Master of Sangiovese (NASA)*