Daniel J. Bussel (State Bar No. 121939)
Thomas E. Patterson (State Bar No. 130723)
Sasha Gurvitz (State Bar No. 301650)
KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone:    310-407-4000
Facsimile:    310-407-9090
Email:    dbussel@ktbslaw.com
          tpatterson@ktbslaw.com
          sgurvitz@ktbslaw.com

*Attorneys for the J.T. Thorpe Settlement Trust and
Thorpe Insulation Company Asbestos Settlement Trust*

**FILED & ENTERED**

**DEC 13 2018**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** wesley    **DEPUTY CLERK**

**CHANGES MADE BY COURT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>J.T. THORPE, INC.<br><br>            Debtor. | Case No. 2:02-bk-14216-BB<br><br>Chapter 11<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION OF J.T. THORPE SETTLEMENT TRUST AND THORPE INSULATION COMPANY ASBESTOS SETTLEMENT TRUST FOR ENTRY OF AN ORDER STRIKING MANDELBROT NOTICES AND GRANTING RELATED RELIEF**<br><br>Date:    November 28, 2018<br>Time:    10:00 a.m.<br>Place:    Courtroom 1539<br>            255 E. Temple St.<br>            Los Angeles, CA 90012<br>Judge:    Honorable Sheri Bluebond |

KLEE, TUCHIN, BOGDANOFF & STERN LLP
1999 AVENUE OF THE STARS, THIRTY-NINTH FLOOR
LOS ANGELES, CALIFORNIA 90067
TELEPHONE: 310-407-4000

This matter came before the Court upon the *Motion of J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Settlement Trust for Entry of an Order Striking Docket Nos. 1804, 1806, and 1808 And Granting Related Relief* [Bk. Dkt. No. 1816; Adv. Dkt. No. 382] (the "**Motion**")[1] filed by J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Settlement Trust ("**Trusts**"). Mandelbrot filed the *Mandelbrot Law Firm and Trust Beneficiaries Opposition re Order Striking Docket Nos. 1804, 1806, and 1808 and Granting Related Relief* [Bk. Dkt. No. 1818]. The Trusts filed the *Reply of J.T. Thorpe Settlement Trust and Thorpe Insulation Company Asbestos Settlement Trust in Support of Motion for Entry of an Order Striking Docket Nos. 1804, 1806, and 1808 And Granting Related Relief* [Bk. Dkt. No. 1819; Adv. Dkt. No. 384].

The Motion seeks entry of an order (i) striking the *Special Notice of Judicial Misconduct to U.S. Trustee* [Bk. Dkt. No. 1804] (the "**Special Notice**"), *Beneficiaries Request for Judicial Notice re Justice Department Statement of Interest; Presiding Judge Sheri Bluebond's Insider Dealing and Bad Faith; Misappropriation of Trust Funds to Insider Gary Fergus* [Bk. Dkt. No. 1806; Adv. Dkt. No. 376] (the "**First Judicial Notice Request**"), and *Beneficiaries Request for Judicial Notice re Objection of the United States Trustee to Debtors' Motion for an Order Appointing Futures Asbestos Claimants Representative; J.T. Thorpe, Inc.'s Future Representative Gary Fergus Conflicts of Interest, Misappropriation of Trust Funds, Improper Disclosures* [Bk. Dkt. No. 1808] (the "**Second Judicial Notice Request**," and together with the First Judicial Notice Request, the "**Judicial Notice Requests**" and, collectively with the First Judicial Notice Request and the Special Notice, the "**Mandelbrot Notices**") filed in Case No. 2:02-bk-14216-BB[2] by attorney Michael J. Mandelbrot ("**Mandelbrot**") and (ii) granting related relief.

The Court conducted a hearing on November 28, 2018 (the "Hearing"). Appearances were made as reflected in the record of the hearing. Prior to the Hearing, the Court issued a tentative ruling, which the Court read into the record at the Hearing. The Court also heard argument from counsel for the Trusts and Mandelbrot.

---

[1] References to (i) Bk. Dkt. No. are to the docket in Case No. 2:02-bk-14216-BB and (ii) Adv. Dkt. No. are to the docket in Adv. Case No. 2:12-ap-02182-BB.

[2] Mandelbrot also filed the First Judicial Notice Request in Adv. Case No. 2:12-ap-02182-BB.

1

Upon consideration of the foregoing pleadings submitted by the parties, the arguments of counsel at the Hearing, and the entire record of these cases; and it appearing that this Court has jurisdiction over these adversary proceedings and the related chapter 11 cases under 28 U.S.C. §§ 157 and 1334; and it appearing that venue of these adversary proceedings and the related chapter 11 cases is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that this Court may enter a final judgment consistent with Article III of the United States Constitution; and it appearing that due and adequate notice has been given under the circumstances and that no other or further notice need be given; and after due deliberation, for the reasons set forth on the record at the Hearing, in the concurrently filed *Findings of Fact and Conclusions of Law*, and other good and sufficient cause appearing therefor, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is **GRANTED** in accordance with the terms of this Order.

2. Pursuant to Rules 7012(f) and 9014 of the Federal Rules of Bankruptcy Procedure (incorporating Rule 12(f) of the Federal Rules of Civil Procedure), and 11 U.S.C. § 107(b), **Docket Nos. 1804, 1806, and 1808** are **STRICKEN** from the record in Case No. 2:02-bk-14216-BB.

3. Mandelbrot, the person and the firm, shall not represent that he is counsel to or otherwise represents claimants or beneficiaries in connection with these Trusts.

4. **The Clerk of the United States Bankruptcy Court for the Central District of California is authorized and directed to take the following actions to effectuate the relief granted in this Order:**

   a. **With regard to Docket Nos. 1804, 1806 and 1808, make each of the three entries a "private event" so that they cannot be viewed by non-court personnel; and**

      b. **Revise the docket entries for each document to read as follows:**

**(In each instance, the entry date of this order should be inserted into the first blank, and the docket number of this order should be inserted into the second blank.)**

    i. **For Docket No. 1804: "Judicial Misconduct Complaint and attachments filed by Michael Mandelbrot, stricken by order entered _____ [Docket No. \_\_];"**

    ii. **For Docket No. 1806: "Request for Judicial Notice (Justice Department) filed by Michael Mandelbrot, stricken by order order entered _____ [Docket No. \_\_];" and**

    iii. **For Docket No. 1808: "Request for Judicial Notice (United States Trustee) filed by Michael Mandelbrot, stricken by order order entered _____ [Docket No. \_\_]."**

5. Judge Bluebond will prepare and submit to the State Bar of California a judicial discipline referral form concerning the conduct of Michael Mandelbrot in connection with the J.T. Thorpe Inc. and Thorpe Insulation Company cases.

6. The balance of the relief requested by the Motion is denied without prejudice.

7. This Court retains jurisdiction and power with respect to all matters arising from or related to the enforcement, implementation, and interpretation of this Order.

# # #

Date: December 13, 2018

Sheri Bluebond
United States Bankruptcy Judge

Klee, Tuchin, Bogdanoff & Stern LLP
1999 Avenue of the Stars, Thirty-Ninth Floor
Los Angeles, California 90067
Telephone: 310-407-4000

3